1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID J. NEILL, State Bar No. 186997
   Supervising Deputy Attorney General
3  MATTHEW T. BESMER, State Bar No. 269138
   Deputy Attorney General
4   2550 Mariposa Mall, Room 5090
    Fresno, CA  93721
5   Telephone:  (559) 477-1680
    Fax:  (559) 445-5106
6   E-mail:  Matthew.Besmer@doj.ca.gov
   *Attorneys for Defendants CDCR and PVSP*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE C. MOCK,**<br><br>                                  Plaintiff,<br><br>         v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 through 50, inclusive,**<br><br>                                  Defendants. | 1:15-cv-01104-JMS<br><br>**STIPULATION TO CONTINUING THE MANDATORY SCHEDULING CONFERENCE**<br><br>Date:          October 22, 2015<br>Time:          10:30 a.m.<br>Dept:          6<br>Judge:         Michael J. Seng<br>Action Filed:  6/15/2015 |

The mandatory scheduling conference is currently set for October 22, 2015 at 10:30 a.m. *See* Doc. 3.  Plaintiff filed his first amended complaint on October 6, 2015 (Doc. 16, 19), in response to the Court's ruling on Defendants California Department of Corrections and Rehabilitation's, Pleasant Valley State Prison's, and Jeffrey Beard's motion to dismiss and strike. *See* Doc. 4.

The Order Setting Mandatory Scheduling Conference provides that the Court is unable to conduct the scheduling conference until all defendants have been served. *See* Doc. 3.  Plaintiff

1

1  has not yet served defendant John Keith.  The parties are currently working out an arrangement
2  regarding service of Mr. Keith and the due date of defendants' response to Plaintiff's first
3  amended complaint.    The parties believe it is prudent to continue the mandatory scheduling
4  until after Mr. Keith has been served, and the pleadings have closed.
5       BASED ON THE FOREGOING, the parties stipulate as follows:
6       1.    The mandatory scheduling conference should be continued until January 21, 2016,
7  at 10:00 a.m.

9  SO STIPULATED.

11  Dated:  October 9, 2015                    Respectfully submitted,

                                               Kamala D. Harris
                                               Attorney General of California
                                               David J. Neill
                                               Supervising Deputy Attorney General

                                               *Matthew T. Besmer*

                                               Matthew T. Besmer
                                               Deputy Attorney General
                                               Attorneys for Defendants CDCR and PVSP


20  Dated:  October 9, 2015                    KAHN, SOARES & CONWAY, LLP

                                               *Robert B. Zumwalt*

                                               Richard C. Conway
                                               Robert B. Zumwalt
                                               Attorneys for Plaintiff

**ORDER**

Good cause appearing, the parties' Stipulation to Continue the Mandatory Scheduling Conference in Case No. 1:15-cv-1104-MJS is hereby approved and adopted as the Order of this Court. The Scheduling Conference is continued until January 21, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 13, 2015           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE