1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
3 | MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
4 |  2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
5 |  Telephone: (559) 477-1680
 Fax: (559) 445-5106
6 |  E-mail: Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE C. MOCK,** | 1:15-cv-01104-MJS |
| Plaintiff, | **STIPULATION RE DEFENDANTS' ENLARGEMENT OF TIME TO FILE AN ANSWER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 through 50, inclusive,** | Action Filed:  June 15, 2015 |
| Defendants. | |

On February 12, 2016, the Court issued its order on Defendants' Motion to Dismiss and ordered Defendants to file their answer within 21 days. Doc. 30. The answer is due on or before March 4, 2016. Defendants' counsel is out of the office on military leave from February 21, 2016, through March 5, 2016. Defendants' counsel is presently consumed with preparing reply documents in the matter of *Arcure, et al. v. Meeker, et al. Case 1:13-cv-00541-MJS*, along with other matters before beginning military duty.

/ / /

1

1  Based on the foregoing, the parties stipulate as follows:

2  1.  Defendants shall have a one week enlargement of time and their answer shall be
3  due on or before March 11, 2016.

5  SO STIPULATED.

7  Dated:  February 16,  2016                                  Respectfully submitted,

   Kamala D. Harris
   Attorney General of California
   David J. Neill
   Supervising Deputy Attorney General

   *Matthew T. Besmer*

   Matthew T. Besmer
   Deputy Attorney General
   Attorneys for Defendants

16  Dated:  February 16, 2016                                   KAHN, SOARES & CONWAY, LLP

   */s/ Robert B. Zumwalt*

   Richard C. Conway
   Robert B. Zumwalt
   Attorneys for Plaintiff

**ORDER**

Good cause appearing on the parties' Stipulation Re Defendants' Enlargement of Time to File an Answer, is hereby ORDERED that:

Defendants shall have a one week enlargement of time and their answer shall be due on or before March 11, 2016.

IT IS SO ORDERED.

Dated:   February 19, 2016             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE