1  KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2  DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
3  MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
4   2550 Mariposa Mall, Room 5090
    Fresno, CA  93721
5   Telephone: (559) 477-1680
    Fax: (559) 445-5106
6   E-mail: Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE C. MOCK,** | 1:15-cv-01104-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 through 50, inclusive,** | Date:         December 15, 2016<br>Time:        10:00 a.m.<br>Courtroom:  7<br>Judge:       The Honorable Sheila K. Oberto<br><br>Trial:          October 24, 2017<br>Action Filed: June 15, 2015 |
| Defendants. | |

A settlement conference is scheduled for December 15, 2016.  The case is not postured for settlement.  The parties need to conduct further discovery to evaluate their respective positions. Therefore, the parties request that the settlement conference be continued until March 31, 2017, or as soon thereafter as the Court is available.

/ / /

/ / /

/ / /

SO STIPULATED.

Dated:  November 28,  2016

Respectfully submitted,

Kamala D. Harris
Attorney General of California
David J. Neill
Supervising Deputy Attorney General

*/s/ Matthew T. Besmer*

Matthew T. Besmer
Deputy Attorney General
Attorneys for Defendants

Dated:  November 28, 2016

KAHN, SOARES & CONWAY, LLP

*/s/ Robert B. Zumwalt*

Richard C. Conway
Robert B. Zumwalt
Attorneys for Plaintiff

**ORDER**

Good cause appearing on the parties' Stipulation to Continue Settlement Conference, it is hereby ORDERED that the Settlement Conference is continued to April 11, 2017, at 10:00 a.m. in Courtroom 7.[1]

IT IS SO ORDERED.

Dated:   **December 6, 2016**                      /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] This date has been approved by the parties.