XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone: (559) 477-1680
 Fax: (559) 445-5106
 E-mail: Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE C. MOCK,** <br><br>                              Plaintiff, <br><br> v. <br><br> **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 through 50, inclusive,** <br><br>                              Defendants. | 1:15-cv-01104-MJS <br><br> **STIPULATION FOR LEAVE TO FILE A FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT;** <br><br> **AND ORDER** <br><br><br> Trial Date:    October 24, 2017 <br> Action Filed:  June 15, 2015 |

Defendants filed their answer to Plaintiff's complaint on March 10, 2016. *See* ECF No. 33. Since then, through discovery and the investigation of the case, Defendants have represented to Plaintiff that they have identified an additional affirmative defense to Plaintiff's claims. To avoid litigation expense and in the furtherance of judicial economy, Defendants and Plaintiff stipulate as follows:

1.  Defendants may have leave to file an amended answer to assert an after-acquired evidence defense which is numbered affirmative defense twenty-three in Defendants' First

1

Amended Answer to First Amended Complaint.  A true and correct copy of the First Amended Answer to First Amended Complaint is attached hereto as Exhibit A.

  2. Defendants may file their First Amended Answer to First Amended Complaint concurrently with this stipulation, and it shall be deemed filed and served effective the date the Court approves this stipulation.

Dated:  February 6, 2017          Respectfully submitted,

                  XAVIER BECERRA
                  Attorney General of California
                  DAVID J. NEILL
                  Supervising Deputy Attorney General

                  *Matthew T. Besmer*

                  MATTHEW T. BESMER
                  Deputy Attorney General
                  *Attorneys for Defendants*

Dated:  February 6, 2017          KAHN, SOARES & CONWAY, LLP

                  *Robert B. Zumwalt*

                  _____
                  Robert B. Zumwalt
                  Attorneys for Plaintiff

**ORDER**

Based on the parties' Stipulation for Leave to File A First Amended Answer to First Amended Complaint, and with good cause appearing, it is hereby ORDERED that:

1. Defendants shall have leave to file an amended answer to assert an after-acquired evidence defense which is numbered affirmative defense twenty-three in the First Amended Answer to First Amended Complaint.

2. The First Amended Answer to First Amended Complaint that was filed concurrently with this stipulation is deemed filed and served effective the date that this stipulation is approved by the Court.

IT IS SO ORDERED.

Dated:   February 7, 2017                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

SA2015104075
95212119.doc