XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Matthew.Besmer@doj.ca.gov
*Attorneys for Defendant CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE C. MOCK,** | 1:15-cv-01104-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 through 50, inclusive,** | Date:  April 11, 2017<br>Time:  10:00 a.m.<br>Courtroom:  7<br>Judge:  The Honorable Sheila K. Oberto<br><br>Trial:  October 24, 2017<br>Action Filed:  June 15, 2015 |
| Defendants. | |

A settlement conference is scheduled for April 11, 2017.  Recent developments justify continuing the settlement conference.  The California Attorney General's Office ("AGO") has thus far been representing defendants California Department of Corrections and Rehabilitation ("CDCR") and John Keith.  On March 2, 2017, defendant Keith filed his own discrimination complaint against CDCR in the Fresno County Superior Court.  Thereafter, CDCR forwarded this complaint to the AGO.  A conflict now exists between CDCR and Keith that will impact the AGO's continued representation of both defendants.  Further, this conflict potentially impacts a deposition Plaintiff has noticed, requiring the deposition to be continued until conflict issues, if

any, are addressed.  Additionally, this case is not currently postured for settlement based on the parties informal settlement discussions.

Based on the foregoing, the parties stipulate to taking the settlement conference off calendar that is scheduled for April 11, 2017, and to taking the associated deadlines for filing and serving settlement conference statements off calendar.  The parties agree to meet and confer about addressing scheduling issues that may be impacted by this forgoing conflict of interest.  If needed, the parties will seek a status conference with Judge Seng to discuss amendments to the scheduling order that may be necessitated by the conflict.  The parties will submit new proposed settlement conference dates on or before April 28, 2017.  This should allow defendants and their counsel sufficient time to work through the conflict issues.

SO STIPULATED.

Dated:  March 29, 2017                                  Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAVID J. NEILL
Supervising Deputy Attorney General

*/s/ Matthew T. Besmer*

MATTHEW T. BESMER
Deputy Attorney General
*Attorneys for Defendant CDCR*

Dated:  March 29, 2017                                  KAHN, SOARES & CONWAY, LLP

*/s/ Robert B. Zumwalt*

Richard C. Conway
Robert B. Zumwalt
Attorneys for Plaintiff

**ORDER**

Good cause appearing on the parties' "Stipulation to Continue Settlement Conference" (Doc. 47), it is hereby ORDERED that:

The settlement conference scheduled for April 11, 2017, is VACATED, as are all deadlines for filing and service of settlement conference statements in connection with said conference.

The parties shall meet and confer about addressing scheduling issues that may be impacted by Defendants' conflict of interest.  If needed, the parties will seek a status conference with Magistrate Judge Seng to discuss amendments to the Scheduling Order that may be necessitated by the conflict.  The parties shall submit new proposed settlement conference dates on or before April 28, 2017.

IT IS SO ORDERED.

Dated:   **March 31, 2017**                              /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE