XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
  2550 Mariposa Mall, Room 5090
  Fresno, CA 93721
  Telephone: (559) 477-1680
  Fax: (559) 445-5106
  E-mail: Matthew.Besmer@doj.ca.gov
*Attorneys for Defendant CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE C. MOCK,**<br><br>         Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 through 50, inclusive,**<br><br>         Defendants. | 1:15-cv-01104-MJS<br><br>**STIPULATION TO SET SETTLEMENT CONFERENCE**<br><br>Date:  June 15, 2017<br>Time:  10:30 a.m.<br>Courtroom: 7<br>Judge:  The Honorable Sheila K. Oberto<br><br>Trial:  October 24, 2017<br>Action Filed: June 15, 2015 |

Plaintiff Maurice Mock, Defendant California Department of Corrections and Rehabilitation, and Defendant John Keith stipulate through their undersigned counsel to conduct the settlement conference in this matter on June 15, 2017, at 10:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto.

/ / /

/ / /

/ / /

1

SO STIPULATED.

Dated: April 28, 2017                    Respectfully submitted,

                                         XAVIER BECERRA
                                         Attorney General of California
                                         DAVID J. NEILL
                                         Supervising Deputy Attorney General

                                         /s Matthew T. Besmer

                                         MATTHEW T. BESMER
                                         Deputy Attorney General
                                         *Attorneys for Defendant CDCR*

Dated: April 28, 2017                    KAHN, SOARES & CONWAY, LLP

                                         /s Robert B. Zumwalt


                                         Richard C. Conway
                                         Robert B. Zumwalt
                                         Attorneys for Plaintiff


Dated: April 28, 2017                    LONGYEAR, O'DEA & LAVRA, LLP

                                         s/ John Lavra

                                         John A. Lavra
                                         Attorneys for Defendant John Keith

**ORDER**

With good cause appearing on the parties' Stipulation to Set Settlement Conference, it is hereby ORDERED that the settlement conference in this matter is scheduled for June 15, 2017, at 10:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto.

IT IS SO ORDERED.

Dated: __**May 1, 2017**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE