Richard C. Conway - #81679
Robert B. Zumwalt - #247080
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Fax: (559) 584-3348

Attorneys for: Plaintiff, MAURICE C. MOCK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MAURICE C. MOCK<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A. BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01104-MJS<br><br>**STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE; ORDER**<br><br>(Doc. 62) |

The parties to the above-captioned matter stipulate as follows:

1. A Settlement Conference in this matter, which had previously been scheduled for June 15, 2016, at 10:30 a.m. in Department 7 before Hon. Sheila K. Oberto, was vacated by the court's order dated June 9, 2017 (Document No. 61) (the "**Order**")..

2. The Order further commanded counsel for the parties to meet and confer and notify the court of a new Settlement Conference date on or before August 15, 2017.

1

3. The parties have so met and conferred and now agree to schedule a new Settlement Conference date of November 30, 2017 at 10:00 a.m. in Department 7 before Hon. Sheila K. Oberto.

The parties so stipulate:

Dated: August 11, 2017

Xavier Becerra
Attorney General of California
David J. Neill
Supervising Deputy Attorney General


 */s/ Matthew T. Besmer*
Matthew T. Besmer
Deputy Attorney General
*Attorneys for Defendant CDCR*


Dated: August 11, 2017

KAHN, SOARES & CONWAY, LLP


 */s/ Robert B. Zumwalt*
Richard C. Conway
Robert B. Zumwalt
Attorneys for Plaintiff


Dated: August 11, 2017

LONGYEAR, O'DEA & LAVRA, LLP


 /s/ John A. Lavra
John A. Lavra
Attorneys for Defendant John Keith

//
//
//
//

2

**ORDER**

Good cause appearing on the parties' Stipulation to Continue Settlement Conference (Doc. 62), it is hereby ORDERED that:

1. A Settlement Conference in this matter is calendared for **November 30, 2017**, at **10:00 a.m**. in **Courtroom 7** before the **Honorable Sheila K. Oberto**.

2. The parties are to send Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than five (5) business days before the conference. Each party shall also file a Notice of Submission of Confidential Settlement Conference Statement (*See* L.R. 270 (d)).

If the Settlement Conference is continued for any reason, each party must submit a new Settlement Statement that is complete in itself, without reference to any prior Settlement Statements.

Settlement Statements must be typed and double spaced. Each Settlement Statement *shall include the following*:

    a. A brief summary of the core facts, allegations, and defenses.

    b. A summary of the proceedings to date.

    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    d. The nature of the relief sought.

    e. An outline of past settlement efforts including information regarding the "Pre-settlement Conference Exchange of Demand and Offer" required above (including the itemization of damages), and a history of past settlement discussions, offers, and demands.

    f. A statement of each party's expectations and goals for the Settlement Conference.

IT IS SO ORDERED.

Dated: **August 15, 2017**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE