XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Matthew.Besmer@doj.ca.gov
*Attorneys for Defendant CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE C. MOCK,<br><br>                          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 through 50, inclusive,<br><br>                         Defendants. | 1:15-cv-01104-MJS<br><br>**STIPULATION TO SET NEW DISPOSITIVE MOTION HEARING DATE**<br><br>Date:         December 15, 2017<br>Time:        9:30 a.m.<br>Courtroom:  7<br>Judge:       The Honorable Michael J. Seng<br><br>Trial:        February 6, 2018<br>Action Filed:  June 15, 2015 |

The parties' dispositive motions are due November 3, 2017. ECF No. 56. The dispositive motion hearing date is currently scheduled for December 8, 2017. *Id.* Because of scheduling conflicts, the parties hereby stipulate to continuing the dispositive motion hearing date to December 15, 2017, at 9:30 a.m. in Courtroom 7 of the above referenced court.

/ / /

/ / /

/ / /

1

SO STIPULATED.

Dated: October 23, 2017                    Respectfully submitted,

                                           XAVIER BECERRA
                                           Attorney General of California
                                           DAVID J. NEILL
                                           Supervising Deputy Attorney General

                                           */s/ Matthew T. Besmer*

                                           MATTHEW T. BESMER
                                           Deputy Attorney General
                                           *Attorneys for Defendant CDCR*


Dated:   October 26, 2017                  KAHN, SOARES & CONWAY, LLP


                                           */s/ Robert B. Zumwalt*

                                           Robert B. Zumwalt
                                           Attorneys for Plaintiff


Dated: October 23, 2017                    LONGYEAR, O'DEA & LAVRA, LLP


                                           */s/ John A. Lavra*

                                           John A. Lavra
                                           Attorneys for Defendant John Keith

**ORDER**

Good cause appearing, the parties' Stipulation to Set New Dispositive Motion Hearing Date is accepted and adopted by the Court. Hearing on any and all dispositive motions will be held December 15, 2017, at 9:30 a.m. in Courtroom 6, Fresno.

It is further ordered that a telephonic conference to discuss other scheduling issues will be held at **3:30 PM, Tuesday, November 7, 2017**. Counsel for the parties shall participate by calling 888.204.5984 and entering access code 4446176 at least 10 minutes before the scheduled start of the conference.

IT IS SO ORDERED.

Dated: October 30, 2017        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE