1 | LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
2 | 3620 American River Drive, Suite 230
Sacramento, CA 95864
3 | Phone: 916-974-8500

4 | Attorneys for Defendant John Keith

5 | XAVIER BECERRA, CSB No.: 118517
Attorney General of California
6 | DAVID J. NEILL, CSB No.: 186997
Supervising Deputy Attorney General
7 | MATTHEW T. BESMER, CSB No.: 269138
Deputy Attorney General
8 | 2550 Mariposa Mall, Room 5090
Fresno, CA 93721
9 | Telephone: (559) 477-1680

10 | Attorneys for Defendant California Department of Corrections and Rehabilitation

11 |
12 | Richard C. Conway, CSB No.: 81679
Robert B. Zumwalt, CSB No.: 247080
KAHN, SOARES & CONWAY, LLP
13 | 219 North Douty Street
Hanford, CA 93230
14 | Telephone: (559) 584-3337

15 | Attorneys for: Plaintiff, MAURICE C. MOCK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE C. MOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; PLEASANT VALLEY STATE PRISON; JEFFREY A. BEARD, in official capacity; JOHN KEITH, in his individual and official capacities; and DOES 1 THROUGH 50 inclusive,<br><br>    Defendant. | Case No.: 1:15-CV-01104-MJS<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT JOHN KEITH**<br><br>**F.R.C.P. 41(A)(1)** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff MAURICE C. MOCK, Defendant CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, and Defendant JOHN KEITH, through their designated counsel that Defendant JOHN KEITH is hereby dismissed with prejudice from all claims by Plaintiff pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party will bear his or her own costs and attorneys' fees. The parties agree that this stipulation and the order entering it shall not affect Plaintiff MAURICE C. MOCK's worker's compensation claim currently pending in the Division of Worker's Compensation under case number ADJ9812165.

**IT IS SO STIPULATED**.

Dated: January 24, 2018      LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ John A. Lavra*
JOHN A. LAVRA
*Attorney for Defendant John Keith*

Dated: January 16, 2018      OFFICE OF THE ATTORNEY GENERAL

By: */s/ Matthew T. Besmer*
MATTHEW T. BESMER
Attorney for Defendant California Department of Corrections and Rehabilitation

Dated: January 17, 2018      KAHN, SOARES & CONWAY, LLP

By: */s/ Robert B. Zumwalt*
Richard C. Conway
Robert B. Zumwalt
Attorneys for: Plaintiff, MAURICE C. MOCK

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties having so stipulated and agreed, IT IS HEREBY ORDERED: |
| 3 | Defendant JOHN KEITH, is dismissed with prejudice. All parties to bear their own |
| 4 | attorney's fees and costs. |
| 5 | |
| 6 | IT IS SO ORDERED. |

Dated: January 25, 2018        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE